[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14684
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00138-TJC-JRK-3


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARIBALDI PEREZ SOLORIO,
a.k.a. Gari,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 21, 2013)

Before: TJOFLAT, MARCUS and KRAVITCH, Circuit Judges

PER CURIAM:

Ronald Maxwell, appointed counsel for Garibaldi Solorio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solorio's conviction and sentence are **AFFIRMED**.